■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAROLD D. PAGE, Appellant. [40 NYS3d 309]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), entered May 4, 2015. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.